# First District Court of Appeal
## State of Florida

_____

No. 1D2022-3115

_____

Michael Edwin Marciniak,

Appellant,

v.

Shastity Marie Walker,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

June 4, 2024


Per Curiam.

AFFIRMED.

Kelsey, Winokur, and Nordby, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Michael Edwin Marciniak, pro se, Appellant.

Shastity Marie Walker, pro se, Appellee.